INNES and another v. EVANS and another.

---

A naked negative plea denying partnership is not sufficient.   It must be sup
ported by an answer.

---

*Feb.* 1,        BILL alleging partnership in the vending of medicines ; and
1841.      setting forth an agreement descriptive of the duties of the sug-
*Partner-* gested partners and the share each was to receive.
*ship.*          Pleas interposed, negativing a partnership at any time.
*Pleading.*
*Plea.*          Mr. *E. Clark,* for the defendants.

Mr. *Osborn,* for the complainant.

THE VICE-CHANCELLOR :—The pleas interposed by the de-
fendants separately are naked negative pleas.   Such pleas are
not allowable : they should be accompanied and supported by
an answer, for reasons explained by Mr. Lubé in his Treatise
on Pleading, p. 234 and 346.
And it is clear that these pleas do not entirely meet the case
made by the bill.   They deny a partnership, but the bill states
an agreement (which is not denied) that the complainants were
respectively to have a certain per centage or share of the nett
profits of the business.   This may not constitute a partnership
*inter se* and therefore the pleas may be true and yet the com-

plainants may be entitled to an account of the profits of the business upon the footing of the agreement for compensation for their services, (mistakenly called a partnership in the bill.) Under the general prayer for relief, they may be entitled to such an account, although not specifically prayed.

The pleas must be overruled, with costs; and the defendants will have to answer; and, in their answer, they are at liberty, of course, to insist that there was no partnership.